Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Arizona

Case number (if known): 25-11985-EPB    Chapter 7

☐ Check if this an amended filing

FILED USBC PHX
2025 DEC 11 PM 2:56

Official Form 105
# Involuntary Petition Against an Individual
12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's full name

   First name: Jian
   Middle name:
   Last name: Peng
   Suffix (Sr., Jr., II, III):

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or doing business as names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☐ Unknown

   xxx-xx-7598    OR

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☒ Unknown

   EIN:
   EIN:

6. Debtor's address

   Principal residence
   12810 N Cave Creek Rd, Apt 206
   Number    Street
   Phoenix AZ 85022-6522
   City    State    Zip Code
   Maricopa
   County
   Principal place of business
   12810 N Cave Creek Rd., Apt. 206
   Number    Street

   Mailing address, if different from residence
   14747 N Northsight Blvd Ste 111
   Number    Street
   Scottsdale AZ 85260-0000
   City    State    Zip Code

Official Form 105        Involuntary Petition Against an Individual        page 1

| Debtor | Jian Peng | | | | Case number (if known) | |
|---|---|---|---|---|---|---|

Phoenix AZ 85022-0000
City          State      Zip Code
Maricopa
County

**7. Type of business**

☐ Debtor does not operate a business:

*Check one if the debtor operates a business*
☐ use Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**8. Type of debt**

**Each petitioner believes:**
☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

■ No
☐ Yes

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | Date filed ___ MM / DD / YYYY | Case number, if known |
| Debtor | | Relationship | |
| District | | Date filed ___ MM / DD / YYYY | Case number, if known |

## Part 3: Report About the Case

**10. Venue**

*Reason for filing in this court.*

*Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.
☐ Other reason. Explain. (See 28 U.S.C. § 1408.)

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No
■ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Dartmouth Collections LLC | Judgment | $3,713,181.66 |
| Yu Kuang | Money sent to Maywind Trading, LLC (owned solely by Mr. Peng) | $20,100 |
| Xuefeng Han | Money sent to Maywind Trading, LLC (owned solely by Mr. Peng) | $10,000 |
| Xuerui Wang | Money sent to Maywind Trading, LLC | $42,000 |

Official Form 105          Involuntary Petition Against an Individual          page 2
Case 2:25-bk-11985-EPB    Doc 1    Filed 12/11/25    Entered 12/11/25 14:56:18    Desc
Petition    Page 2 of 9

| Debtor | Jian Peng | Case number (if known) | |
|---|---|---|---|
| | (owned solely by Mr. Peng) | Total | $3,785,281.66 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

_[signature]_ Authorized Signatory
Signature of petitioner or representative, including representative's title

**Dartmouth Collections LLC**
Printed name of petitioner

Date signed 12/05/2025
MM / DD / YYYY

Mailing address of petitioner
c/o Christopher R. Kaup
Tiffany & Bosco, PA
Number    Street

Phoenix AZ 85016-0000
City    State    Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone
Email

Name and mailing address of petitioner's representative, if any

Name
Number    Street
City    State    Zip Code

**Attorneys**

Signature of attorney

**Christopher R. Kaup**
Printed name

**Tiffany & Bosco, P.A.**
Firm name, if any

**2525 E. Camelback Road, Suite 700**
Number    Street

**Phoenix AZ 85016-0000**
City    State    Zip Code
Date Signed
MM / DD / YYYY
Contact phone (602) 255-6000    Email crk@tblaw.com

Official Form 105    Involuntary Petition Against an Individual    page 3

| Debtor | Jian Peng | | Case number (if known) | |

### Petitioners or Petitioners' Representative

*Signature:* Yu Kuang Obo

Signature of petitioner or representative, including representative's title

**Yu Kuang**
Printed name of petitioner

Date signed: 12 / 07 / 2025
MM / DD / YYYY

Mailing address of petitioner
4050 Pacific Harbours Dr
Unit 224
Number   Street

Las Vegas   NV   89121-0000
City   State   Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone: (702) 850-0805
Email: yukuang111@gmx.com

Name and mailing address of petitioner's representative, if any

### Attorneys

Signature of attorney

Printed name

Firm name, if any

Number   Street

City   State   Zip Code
Date Signed   MM / DD / YYYY
Contact phone   Email

---

### Petitioners or Petitioners' Representative

*Signature:* Xuefeng Han Obo

Signature of petitioner or representative, including representative's title

**Xuefeng Han**
Printed name of petitioner

Date signed: 12 / 07 / 2025
MM / DD / YYYY

Mailing address of petitioner
22 North Road, Morningside
Johannesburg, South Africa
Number   Street

City   State   Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone: +27622135975
Email: snow.han.xf@gmail.com

Name and mailing address of petitioner's representative, if any

### Attorneys

Signature of attorney

Printed name

Firm name, if any

Number   Street

City   State   Zip Code
Date Signed   MM / DD / YYYY
Contact phone   Email

---

### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

### Attorneys

Signature of attorney

| Debtor | Jian Peng | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|

**Xuerui Wang** / [signature] /
Printed name of petitioner
Date signed  12/06/2025
MM / DD / YYYY

Mailing address of petitioner
**2039 Gulf of Mexico Dr. Unit 210**
Number    Street

**Longboat Key, FL 34228**
City            State        Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone   **917-439-7057**
Email   **sherrys7816@gmail.com**

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City            State        Zip Code

Printed name

Firm name, if any

Number    Street

City                     State      Zip Code
Date Signed
              MM / DD / YYYY
Contact phone           Email

Christopher R. Kaup, Esq. (SBN 014820)
David M. Barlow (SBN 035812)

**TB TIFFANY & BOSCO** P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: crk@tblaw.com, dmb@tblaw.com

*Attorneys for Petitioning Creditor, Dartmouth Collections LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JIAN PENG<br><br>Involuntary Debtor. | Involuntary Chapter 7<br><br>Case No.: _____<br><br>**DECLARATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)** |

I, Samuel Davis, being duly sworn, state the following under penalty of perjury:

1. I am the authorized signatory and limited agent of Dartmouth Collections, LLC, assignee of DLG Trust, PLLC, the Petitioning Creditor in the above-captioned involuntary bankruptcy case (the "Petitioner").

2. I am the authorized signatory and limited agent of DLG Trust, PLLC. My authorization allows me to make these true and factual representations to the Court.

3. The Petitioner was assigned the rights of the judgment, the debt owed by the alleged Debtor from DLG Trust PLLC on or about **August 16th, 2024**

4. The transfer was made in order to streamline collection efforts in an attempt to locate assets and collect on the known judgment and underlying arbitration awards.

5. The consideration for the transfer of the claim was contingent on the debt actually being collected, in addition to the expenses incurred, including, but not limited to, legal fees associated with subsequent legal proceedings.

6. I affirm that the Petitioner's claim was **NOT** transferred or acquired for the purpose of commencing this involuntary bankruptcy case.

7. Attached hereto as Exhibit "A" are true and correct copies of all documents evidencing the transfer.

I declare under penalty of perjury of the laws of the State of Arizona that the foregoing is true and correct and that I execute this Declaration on December 2nd, 2025, at Phoenix, Arizona.

*Samuel Davis (Dec 2, 2025 13:51:16 MST)*

Samuel Davis
Authorized Signatory of Dartmouth Collections LLC

# EXHIBIT A

Assignment of Rights to Dartmouth Collections

This agreement shall act as an assignment of rights between DLG Trust PLLC, Assignor and Dartmouth Collections LLC, Assignee. This assignment is a result of a judgement entered into on July 24th, 2024 against Defendant Jian Peng. Specifically, Assignee shall be entitled to collect all funds associated with case number D-202-CV-202308285.

The rights imputed Dartmouth Collections are as follows:

I. Dartmouth Collections shall be assigned all of the collection's rights assumed while collecting a judgement.

II. Dartmouth Collections is required to report any amounts recovered as a part of their collection efforts.

III. Both parties to this agreement shall immediately report any adverse proceeding in attempt to relieve the judgement; such as a motion to set aside.

IV. All responsibilities with the underlying contracts to perform are not to be assumed by Dartmouth Collections

V. The judgement debtors in the underlying matter(s) have been notified of the assignment.

Both parties agree to this assignment of rights dated August 16th, 2024 and intend to be bound by its contents.

_____
Samuel Davis (Aug 16, 2024 11:15 PDT)
Samuel Davis, authorized signatory
on behalf of Dartmouth Collections; Assignee

16/08/24

_____
Gabriel Vadasz; Assignor on behalf
On behalf of DLG Trust PLLC