FORM suminvol
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:25−bk−11985−EPB

JIAN PENG  Chapter: 7
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260
SSAN: xxx−xx−0000
EIN:

Debtor(s)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on 12/11/25 in this Bankruptcy Court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or responsive pleading to the petition within 21 days after the service of this summons. Bankruptcy Rule 1011. A copy of the petition is attached.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney or if unrepresented, upon the petitioner.

| Name and Address of Petitioner or Petitioner's Attorney | DARTMOUTH COLLECTIONS LLC<br>2525 E CAMELBACK ROAD SUITE 700 PHOENIX AZ 85016<br><br>YU KUANG<br>4050 PACIFIC HARBOURS DR UNIT 224 LAS VEGAS NV 89121<br><br>XUEFENG HAN<br>22 NORTH ROAD MORNINGSIDE JOHANNESBURG SOUTH AFRICA |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.
**Date: December 11, 2025**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:



**Khadijia V. White−Thomas**