SIGNED.

Dated: January 8, 2026

_Eddward P. Ballinger Jr., Chief Bankruptcy Judge_

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JIAN PENG,**<br>                Debtor.<br><br>**DARTMOUTH COLLECTIONS, LLC.**<br>                Movant.<br>v.<br><br>**JIAN PENG,**<br><br>Debtor/Respondent | Involuntary Chapter 7<br><br>Case No.2:25-bk-11985-EPB<br><br>**ORDER SETTING ACCELERATED HEARING ON MOTION TO MODIFY AUTOMATIC STAY RE: NEW MEXICO COURT CASE NO. D-202-CV-2023-08285** |

      Upon consideration of the *Motion for Accelerated Hearing on Motion to Modify Automatic Stay RE: New Mexico Court Case No. D-202-CV-2023-08285(the "Motion")* filed on January 7, 22026 by Movant, Dartmouth Collections, LLC,

      It appearing that an accelerated hearing on Debtor's *Motion to Modify Automatic Stay RE: New Mexico Court Case No. D-202-CV-2023-08285 (the "Motion")* is in the best interests of the Debtor, its estate, and creditors; it appearing that notice of the Motion was provided to interested parties, and that the applicable Rules of Federal Bankruptcy Procedure and Local Rules were complied with; and sufficient cause appearing;

-1-

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. An accelerated hearing will take place on **January 9, 2026, at 1:30 p.m.**, at the United States Bankruptcy Court District of Arizona on accelerated notice with respect to the Motion.

3. The hearing will be telephonic. Participants may call 833-568-8864, Meeting ID 160 2682 4193, Passcode 419399, to join the hearing.

**DATED AND SIGNED ABOVE**