Christopher R. Kaup, Esq. (SBN 014820)
David M. Barlow (SBN 035812)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
E-Mail: crk@tblaw.com, dmb@tblaw.com

*Attorneys for Dartmouth Collections, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>**JIAN PENG**,<br>　　　Debtor.<br><br>**DARTMOUTH COLLECTIONS, LLC,**<br>　　　Movant.<br>v.<br><br>**JIAN PENG**,<br>　　　Debtor/Respondent | Involuntary Chapter 7<br><br>Case No. 2:25-bk-11985-EPB<br><br>**NOTICE OF ERRATA RE: MOTION TO MODIFY THE AUTOMATIC STAY RE: NEW MEXICO COURT CASE NO. D-202-CV-2023-08285** |

Creditor Dartmouth Collections, LLC ("Dartmouth") hereby files this Notice of Errata Re: Motion to Modify the Automatic Stay Re: New Mexico Court Case No. D-202-CV-2023-08285 ("Motion") to inform the correct that the Motion erroneously included the signature block of Debtor's counsel Warren Stapleton. As stated in the Motion, counsel for Dartmouth originally circulated a stipulation to Debtor's counsel and discussed a potential stipulation to modify the automatic stay. The proposed stipulation originally included a signature block for Debtor's counsel and that signature block was

erroneously included in the Motion. Upon learning of this, counsel for Dartmouth immediately e-mailed Debtor's counsel and filed this Notice of Errata.

**RESPECTFULLY SUBMITTED** this 8th day of January, 2026.

                          **TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, #014820
      Christopher R. Kaup
      David M. Barlow
      Tiffany & Bosco, P.A.
      2525 East Camelback Road, Suite 700
      Phoenix, Arizona 85016
      Telephone: (602) 255-6000
      Facsimile: (602) 255-0103
      E-Mail: crk@tblaw.com, dmb@tblaw.com
      *Attorneys for Dartmouth Collections, LLC*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 7th day of January, 2026, with a copy served by the Court's electronic notification system this same day.

/s/ Bianca Ochoa
Bianca Ochoa, Legal Assistant