| | |
|---|---|
| In re: | Case No. 25-11985-EPB |
| JIAN PENG | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 07, 2026 | Form ID: telhrgnt | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JIAN PENG, 14747 N NORTHSIGHT BLVD STE 111, SCOTTSDALE, AZ 85260-2633 |
| ptcrd | + | DARTMOUTH COLLECTIONS LLC, c/o CHRISTOPHER R. KAUP, TIFFANY & BOSCO, P.A., 2525 E. CAMELBACK ROAD, SUITE 700, PHOENIX, AZ 85016-9240 |
| ptcrd | | XUEFENG HAN, 22 NORTH ROAD, MORNINGSIDE, JOHANNESBURG, SOUTH AFRICA |
| ptcrd | + | XUERUI WANG, 2039 GULF OF MEXICO DR. UNIT 210, LONGBOAT KEY, FL 34228-3237 |
| ptcrd | + | YU KUANG, 4050 PACIFIC HARBOURS DR, UNIT 224, LAS VEGAS, NV 89121-4143 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| WARREN J. STAPLETON | on behalf of Debtor JIAN PENG wstapleton@omlaw.com  pnieto@omlaw.com |

TOTAL: 2

FORM telhrgnt

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  Case No.: 2:25−bk−11985−EPB

JIAN PENG  Chapter: 7
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260
SSAN: xxx−xx−0000
EIN:

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **2/5/26** at **10:00 AM** before the **Honorable Eddward P. Ballinger Jr.**.

Any interested party is to appear by telephone. Interested parties are to call **833 568 8864** to appear for the hearing. The meeting ID is **160 2682 4193** and the passcode is **419399**.

The **Honorable Eddward P. Ballinger Jr.** will consider and/or act upon the following matter(s) at the hearing:

ANSWER TO INVOLUNTARY PETITION AND REQUEST FOR HEARING

Date: January 7, 2026

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov