Christopher R. Kaup, Esq. (SBN 014820)
David M. Barlow (SBN 035812)

**TB** **TIFFANY & BOSCO**
P.A.

1850 North Central Avenue, 24th Floor
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: crk@tblaw.com, dmb@tblaw.com

*Attorneys for Dartmouth Collections, LLC*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

**JIAN PENG**,

    Debtor.

Involuntary Chapter 7

Case No. 2:25-bk-11985-EPB

**STIPULATION TO MODIFY AUTOMATIC STAY**

Debtor Jian Peng ("Debtor") and creditor Dartmouth Collections, LLC ("Dartmouth") respectfully stipulate and agree that this Court enter an Order modifying the Automatic Stay as to that certain cause of action pending in state court in New Mexico (the "New Mexico Court") Case No. D-202-CV-2023-08285 (the "Case") so as to permit the New Mexico Court to proceed with and rule on Debtor's pending Motion to Vacate. A request for expedited ruling is being contemporaneously filed. For this Stipulation, Debtor and Dartmouth state as follows:.

1.    Prepetition, Debtor filed a Motion to Vacate a judgment entered by a New Mexico State Court in Case No. D-202-CV-2023-08285, that briefing on Debtor's Motion to Vacate was completed on November 12, 2025, and that there was a hearing on the Motion to Vacate scheduled for January 12, 2026.

2. On December 11, 2025, petitioning creditors Dartmouth, Yu Kuang, Xuefeng Han, and Xuerui Wang filed an involuntary petition against Debtor initiating the above captioned case. (Doc. 1).

3. On January 2, 2026, Debtor filed its Answer Contesting Involuntary Petition. (Doc. 3).

4. On January 7, 2026, Dartmouth filed a Motion to Modify Automatic Stay Re: New Mexico Court Case, No. D-202-CV-2023-08285 ("Motion to Modify Stay") (Doc. 5) and Motion for Accelerated Hearing on Motion to Modify Automatic Stay Re: New Mexico Court Case No. D-202-CV-2023-08285 (Doc. 7).

5. On January 8, 2026, Debtor filed Putative Debtor's Objection to Motion for Expedited Consideration of Petition's Motion for Automatic Stay (Doc. 8).

6. On January 9, 2026, the Court held a hearing on Dartmouth's Motion to Modify Stay, denied Dartmouth's Motion to Modify Stay without prejudice and set a continued Status Conference for February 5, 2026.

7. On January 12, 2026, the New Mexico Court conducted a telephonic status conference, determined that the matter was stayed by the instant bankruptcy case, and took no action (and heard no argument) regarding Debtor's Motion to Vacate.

8. Debtor and Dartmouth agree that the automatic stay pursuant to 11 U.S.C. § 362 shall be modified to allow the New Mexico State Court to hear oral argument and rule on Debtor's Motion to Vacate.

9.     Debtor and Dartmouth respectfully request that this Court enter an order (a) approving the Stipulation and (b) allowing the NM Case to resume as more fully set forth in the proposed Order submitted herewith.

10.     The parties also request that the 14-day stay of the Order approving this Stipulation be waived, pursuant to Fed. R. Bankr. P. 4001(a)(3), so that the Order takes effect immediately upon entry.

11.     As discussed at the Status Conference held on March 10, 2026, the parties will be lodging slightly different proposed orders granting the Stipulation.

**WHEREFORE**, the Debtor and Dartmouth respectfully request that the Court approve the Stipulation and enter the proposed form of Order submitted herewith.

**RESPECTFULLY SUBMITTED** this 10th day of March, 2026.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, #014820
Christopher R. Kaup
David M. Barlow
Tiffany & Bosco, P.A.
1850 North Central Avenue, 24th Floor
Phoenix, Arizona 85004
Telephone: (602) 255-6000
Facsimile:   (602) 255-0103
E-Mail:crk@tblaw.com, dmb@tblaw.com
*Attorneys for Dartmouth Collections, LLC*

**OSBORN MALEDON**

By: /s/ Warren Stapleton
Warren Stapleton
2929 N. Central Ave, Ste. 2000
Phoenix, AZ 85012
Email: wstapleton@omlaw.com
*Attorney for Debtor Jian Peng*

1

2
**FOREGOING** electronically filed with the
3 Clerk of United States Bankruptcy Court
this 10th day of March, 2026, with a copy
4 served by the Court's electronic notification
system this same day.
5

6
*/s/ Bianca Ochoa*
7 Bianca Ochoa, Paralegal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28