# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JIAN PENG,**<br>Debtor. | Involuntary Chapter 7<br><br>Case No.: 2:25-bk-11985-EPB<br><br>**ORDER APPROVING STIPULATION TO MODIFY AUTOMATIC STAY RE: NEW MEXICO COURT CASE NO. D-202-CV-2023-08285** |

This Court, having considered Debtor Jian Peng ("Debtor") and Creditor Dartmouth Collections, LLC *Stipulation to Modify Automatic Stay RE: New Mexico Court Case No. D-202-CV-2023-08285* ("Stipulation") (Doc. No. 21), and good cause appearing, the Court ORDERS the following:

**IT IS HEREBY ORDERED** approving the Stipulation;

**IT IS FURTHER ORDERED** that the automatic stay is lifted to permit the Debtor to prosecute his case to vacate the New Mexico judgment.

**IT IS FURTHER ORDERED** that the 14-day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is waived and this Order takes effect immediately.

--DATED AND SIGNED ABOVE--