Warren J. Stapleton, 018646
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
20th Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
E-mail:        wstapleton@omlaw.com
Counsel for Putative Debtor/Respondent



# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Jian Peng,<br><br>　　　　　Debtor.<br><br><br><br>Dartmouth Collections, LLC, Yu Kuang, Xuefeng Han, Xueri Wang,<br><br>　　　Petitioners,<br><br>v.<br><br>Jian Peng,<br><br>　　　Respondent-Debtor | Involuntary Chapter 7<br><br>Case No. 2:25-bk-11985-EPB<br><br><br><br><br>**PUTATIVE DEBTOR'S NOTICE OF LODGING PROPOSED ORDER MODIFYING THE AUTOMATIC STAY** |

**NOTICE IS HEREBY GIVEN** that undersigned counsel has lodged Putative Debtor Jian Peng's proposed Order Modifying the Automatic Stay.  Per the agreement of counsel, the parties are each submitting their "version" of the Proposed Order.

Pursuant to the Court's question at the March 10, 2026 hearing, Putative Debtor's counsel also provides the Ninth Circuit authority that requires a debtor to seek stay relief to prosecute an appeal where the underlying matter was initiated by the creditor.  *See Parker v. Bain*, 68 F.3d 1131, 1135-39 (9th Cir. 1995) ("This Court, as well as seven other courts of appeals, has concluded that the automatic stay can operate to prevent an appeal

by a debtor when the action or proceeding below was against the debtor."); *Ingersoll-Rand Financial Corp. v. Miller Mining Co., Inc.*, 817 F.2d 1424, 1426-27 (9th Cir. 1987).

Respectfully submitted this 10th day of March 2026.

OSBORN MALEDON, P.A.

By     /s/ Warren J. Stapleton
           Warren J. Stapleton
           2929 North Central Avenue
           Suite 2000
           Phoenix, Arizona 85012
           *Counsel for Putative Debtor/Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and a copy emailed and/or mailed to:

Christopher Kaup
Tiffany & Bosco, PA
2525 E Camelback Rd Ste 700
Phoenix AZ 85016
crk@tblaw.com
*Counsel for Dartmouth Collections*

Yu Kuang
4050 Pacific Harbours Dr Unit 224
Las Vegas NV 89121
Yukuan111@gmx.com
*Petitioning Creditor*

Xuefeng Han
22 N Rd Morningside
Johannesburg, South Africa
Snow.han.xf@gmail.om

Xuerui Wang
2039 Gulf of Mexico Dr Unit 210
Longboat Key FL 34228
Sherrys7816@gmail.com

Office of the U.S. Trustee
230 N First Ave Ste 204
Phoenix AZ 85003

/s/ C. Buxton

2

12211221
Case 2:25-bk-11985-EPB    Doc 23    Filed 03/10/26    Entered 03/10/26 16:11:50    Desc
Main Document     Page 2 of 2