# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

**JIAN PENG,**

Debtor.

Involuntary Chapter 7

Case No.: 2:25-bk-11985-EPB

**ORDER APPROVING STIPULATION TO MODIFY AUTOMATIC STAY RE: NEW MEXICO COURT CASE NO. D-202-CV-2023-08285**

This Court, having considered Debtor Jian Peng ("Debtor") and Creditor Dartmouth Collections, LLC *Stipulation to Modify Automatic Stay RE: New Mexico Court Case No. D-202-CV-2023-08285* ("Stipulation") (Doc. No. 21), and good cause appearing, the Court ORDERS the following:

**IT IS HEREBY ORDERED** approving the Stipulation;

**IT IS FURTHER ORDERED** that the automatic stay is lifted to permit the Debtor to prosecute his case to vacate the New Mexico judgment, including moving to bring other necessary parties before the New Mexico Court or prosecuting any appeal related to that action. Nothing in this order shall prevent Debtor's creditors from opposing the Debtor's

motion to vacate, nor restrict the jurisdiction of the New Mexico Court to resolve the Debtor's motion to vacate.

**IT IS FURTHER ORDERED** that the 14-day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is waived and this Order takes effect immediately.

**--DATED AND SIGNED ABOVE--**