# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY

### *Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Eddward P. Ballinger, Jr. |
| Case Number: | 2:25-bk-11985-EPB |
| Debtor(s): | JIAN PENG |
| Chapter: | 7 |
| Date and Time: | 03/10/2026 10:00 AM |
| Location: | TEL |
| Courtroom Clerk: | Dawn Saucier |
| Electronic Court Recording Operator: | Wesley Stangret |

### *Matter*

Scheduling Conference

### *Appearances*

Warren J. Stapleton, Attorney for Jian Peng, Putative Debtor
Christopher Kaup, Attorney for Dartmouth Collections, LLC, Petitioning Creditor
David Barlow, Attorney for Dartmouth Collections, LLC, Petitioning Creditor

### *Proceedings*

The Court reviews the parties' joint discovery plan. The parties believe they will be ready to present evidence by April 3; however, this depends on whether Mr. Stapleton will need discovery from third parties. Mr. Stapleton anticipates calling three witnesses at the evidentiary hearing; Mr. Kaup anticipates calling one witness.

The parties have not yet resolved the issue as to whether the debtor has defaulted on the unstayed state court judgment. The parties agree that the automatic stay should be lifted to allow the New Mexico state court litigation to proceed; however, the parties disagree as to the scope of the order.

Mr. Stapleton asserts that there is case law from the 9th Circuit Court of Appeals holding that a stay relief order from this Court is required before a debtor may seek appellate relief from a state court judgment.

Mr. Stapleton and Mr. Kaup agree to submit competing proposed stay relief orders for the Court's consideration. Mr. Stapleton will include a citation to the 9th Circuit case law previously referenced.

**COURT: IT IS ORDERED continuing the scheduling conference to April 7, 2026, at 10:00 a.m., as a telephonic hearing.**