In re:

JIAN PENG

Debtor

Case No. 25-11985-EPB

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: ntcntry | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JIAN PENG, 14747 N NORTHSIGHT BLVD STE 111, SCOTTSDALE, AZ 85260-2633 |
| ptcrd | + | DARTMOUTH COLLECTIONS LLC, c/o CHRISTOPHER R. KAUP, TIFFANY & BOSCO, P.A., 2525 E. CAMELBACK ROAD, SUITE 700, PHOENIX, AZ 85016-9240 |
| ptcrd | | XUEFENG HAN, 22 NORTH ROAD, MORNINGSIDE, JOHANNESBURG, SOUTH AFRICA |
| ptcrd | + | XUERUI WANG, 2039 GULF OF MEXICO DR. UNIT 210, LONGBOAT KEY, FL 34228-3237 |
| ptcrd | #+ | YU KUANG, 4050 PACIFIC HARBOURS DR, UNIT 224, LAS VEGAS, NV 89121-4143 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. KAUP | on behalf of Petitioning Creditor DARTMOUTH COLLECTIONS LLC crk@tblaw.com vthomas@tblaw.com,bochoa@tblaw.com,crkdepartment@tblaw.com,Kaup.ChristopherR125874@notify.bestcase.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| WARREN J. STAPLETON | |

on behalf of Debtor JIAN PENG wstapleton@omlaw.com  pnieto@omlaw.com

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                          Case No.: 2:25−bk−11985−EPB

JIAN PENG                                       Chapter: 7
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260
SSAN: xxx−xx−0000
EIN:

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on March 20, 2026, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

Date: March 20, 2026

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                  Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov