Christopher R. Kaup, Esq. (SBN 014820)
David M. Barlow (SBN 035812)

**TB** **TIFFANY & BOSCO**
P.A.

1850 North Central Avenue
Twenty Fourth Floor
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: crk@tblaw.com, dmb@tblaw.com
*Attorneys for Dartmouth Collections, LLC.*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JIAN PENG**,<br><br>               Debtor. | Involuntary Chapter 7<br><br>Case No. 2:25-bk-11985-EPB<br><br>**STIPULATION TO FILE SIMULTANEOUS BRIEFS RE: LEGAL ISSUE** |

Debtor Jian Peng ("Debtor") and creditor Dartmouth Collections, LLC ("Dartmouth") hereby stipulate to the following process for submitting an agreed-upon legal issue that this Court must resolve in adjudicating the merits of this Involuntary Chapter 7 Bankruptcy.

On January 2, 2026, Debtor filed his Answer Contesting Involuntary Petition wherein Debtor asserts, "Dartmouth's debt is subject to an ongoing bona fide dispute." (Doc. 3 at ¶ 4). On January 16, 2026, Dartmouth filed Petitioning Creditor's Response to Debtor's Answer Contesting Involuntary Petition and argued that Dartmouth's claim is not subject to a bona fide dispute under the applicable standard in the Ninth Circuit. The Parties agree that this a purely legal issue that should be adjudicated prior to any evidentiary hearing on remaining factual disputes.

The Parties agree that each party shall simultaneously file a brief on the issue as to whether Dartmouth's claim is subject to a bona fide dispute no later than March 31, 2026. The Parties respectfully request that this Court consider the Parties' briefs and hear argument at the time currently set for the continued Scheduling Conference – April 7, 2026 at 10:00 a.m. Resolving the legal issue as to whether Dartmouth's claim is subject to a bona fide dispute will help the Parties and this Court efficiently proceed.

**WHEREFORE**, the Parties respectfully request that the Court enter an order:

A. Setting April 2, 2026, as the deadline for the Parties to file a brief on the legal issue of whether Dartmouth's claim is subject to a bona fide dispute;

B. Set a hearing on the legal issue of whether Dartmouth's claim is subject to a bona fide dispute on April 7, 2026 at 10:00 a.m.; and

C. Granting such other and further relief as the Court deems necessary and just.

RESPECTFULLY SUBMITTED this 24th day of March, 2026.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, 014820
Christopher R. Kaup, Esq.
David Barlow, Esq.
1850 North Central Avenue
Twenty Fourth Floor
Phoenix, Arizona 85004
*Attorneys for Dartmouth Collections, LLC*

**OSBORN MALEDON, P.A.**

By: /s/ Warren J. Stapleton (with permission)
Warren J. Stapleton, Esq.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
*Attorney for Jian Peng*