SO ORDERED.

Dated: April 6, 2026

Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Jian Peng,<br><br>        Debtor. | Involuntary Chapter 7<br><br>Case No. 2:25-bk-11985-EPB |
| Dartmouth Collections, LLC, Yu Kuang, Xuefeng Han, Xueri Wang,<br><br>        Petitioners,<br><br>v.<br><br>Jian Peng,<br><br>        Respondent-Debtor | ~~[PROPOSED]~~ **ORDER GRANTING PUTATIVE DEBTOR'S MOTION TO EXCEED PAGE LIMITS FOR BRIEF ON THE ISSUE OF BONA FIDE DISPUTE** |

This matter having come before the Court pursuant to Jian Peng's ("Peng") Motion to Exceed the Page Limits for Brief on the Issue of Bona Fide Dispute (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED granting the Motion. Peng is authorized to file a brief no longer than 25 pages (exclusive of exhibits).

DATED and SIGNED as above.